# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 3920 | **DATE** | 3/14/2000 |
| **CASE TITLE** | Terry Johnson vs. Luther Manning | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. This Court requests a brief current status report from Lyster, with copies of course to Manning's counsel and to Johnson himself, as to what if any issues remain unresolved from that months-old motion to compel. That brief report should be provided to this Court on or before MA4rch 22, 2000 so that this Court can take any necessary action well in advance of the next status hearing date.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | MAR 15 2000 date docketed | 53 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | 3/14/2000 date mailed notice | |
| SN | courtroom deputy's initials | 00 MAR 14 PM 3:51 | SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TERRY JOHNSON,            )
                          )
          Plaintiff,      )
                          )
     v.                   )    No. 97 C 3920
                          )
LUTHER MANNING,           )
                          )
          Defendant.      )

**DOCKETED**

**MAR 15 2000**

MEMORANDUM ORDER

This Court's February 18, 2000 memorandum order denied the pro se motion by inmate plaintiff Terry Johnson ("Johnson") to be relieved from the appointment of his fourth pro bono counsel, Todd Lyster, Esq. ("Lyster"). Meanwhile a motion filed by Lyster on Johnson's behalf back in November 1999, seeking to compel defendant Luther Manning ("Manning") to answer certain interrogatories and to respond to a production request served by Lyster, has been continued from time to time.

Because of (1) what appears to be the unsettled nature of the lawyer-client relationship between Lyster and Johnson and (2) the fact that the next scheduled status hearing date is nearly a month off (it is set for April 11), this Court requests a brief current status report from Lyster,[1] with copies of course

---

[1] For that purpose an informational letter to this Court's chambers, rather than a more formal filing, will suffice.

to Manning's counsel and to Johnson himself, as to what if any issues remain unresolved from that months-old motion to compel. That brief report should be provided to this Court on or before March 22, 2000 so that this Court can take any necessary action well in advance of the next status hearing date.

                                                              Milton I. Shadur
                                                              Senior United States District Judge

Date: March 14, 2000